# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
April 14, 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: _____M. Ramirez_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jesus Alberto PORRAS | ) Case No. 7:21-MJ-143 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 7th, 2021** in the county of **Ector** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(3) | Possession of a Firearm by a Prohibited Person - Drug User or Addict |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

/s/ John Langs
*Complainant's signature*

John Langs, Odessa Police Intelligence Division
*Printed name and title*

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn to before me and signed in my presence.

Date: 04/14/2021

*Judge's signature*

City and state: Midland, Texas

Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

**7:21-MJ-143**

I, John Langs, Impact Unit Officer with the Odessa Police Department Intelligence Unit being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed as a peace officer with the Odessa Police Department for approximately five years. For the first four years, I was assigned to Patrol Division. For the past year, I have been assigned to the Intelligence Unit investigating narcotics and vice offenses. I and currently assigned to the investigation of Joel JUAREZ, Jesus Alberto PORRAS, and Brandon MENDOZA. Specifically with respect to this Affidavit, Jesus Alberto PORRAS is accused of committing an offense against the United States by Possessing a Firearm by a Prohibited Person – Drug User or Addict, in violation of 18 United States Code Section 922(g)(3) to wit: a Glock 23, 40 caliber, SN: BKFW470, and an American Tactical Rifle, GSG-16, 22 caliber, SN: A806368.

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that Jesus Alberto PORRAS engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. On or about 4/6/2021, Affiant with assistance of a confidential informant (CI) conducted a controlled narcotics buy of approximately 7 grams of methamphetamine from JUAREZ at an undisclosed location within Odessa, Ector County, TX, in the Western District of Texas.

4. On or about 4/7/2021, Odessa Police Department Detectives were conducting surveillance on JUAREZ's residence located at 11340 W. University Blvd., Odessa, Ector County, TX in preparation to execute a narcotics search warrant that had been approved for JUAREZ's residence. Detectives observed a GMC Arcadia bearing TXLP LNN8127 arrive at JUAREZ's residence. Detectives observed a subject matching the description of JUAREZ get into the listed vehicle. The listed vehicle was observed leaving the residence and the operator of the listed vehicle was observed to fail to signal a turn into a gas station in the area of West University & FM 1936. Officers conducted a traffic stop on the listed vehicle. While conducting the traffic stop, officers observed the right rear passenger through the rear window of the listed vehicle making furtive movements in a manner indicating that the subject was attempting conceal something from the officers.

5. Officers observed a strong odor of marijuana emitting from the listed vehicle upon contact. The operator of the listed vehicle was identified as PORRAS, the front passenger was identified as JUAREZ, and the right rear passenger was identified as MENDOZA. All three occupants were instructed to exit the vehicle.

6. During a search of PORRAS's person, he was found to be in possession of a black Glock 23 Gen 4 .40 caliber handgun (S/N BKFW470) in a holster on his right hip. PORRAS was also in possession of a clear crystal-like substance, which based on training and experience was recognized as methamphetamine, and which was in two separate containers that were recovered from his pants pocket. The approximate weight of the methamphetamine was less than four grams.

7. During the search of the rear passenger area, officers located a black Bersa Thunder .380 caliber handgun (S/N 960965) in the rear center cup holder area. This was the area where MENDOZA had previously been observed making furtive movements attempting to conceal an item. An American Tactical GSG-16 .22 caliber rifle (S/N A806368) was also recovered from the trunk of the listed vehicle.

8. PORRAS was read his *Miranda* rights, and PORRAS stated that he understood his rights, waiving them agreeing to speak to officers. PORRAS stated that the drugs, the Glock and the American Tactical GSG-16 are owned by him. He stated that he had just left JUAREZ's trailer prior to law enforcement making the traffic stop. PORRAS stated that he had purchased the Glock during a private sale approximately three months ago from a "Quack." PORRAS stated that he is a user of methamphetamine for the past three to four months using every day. PORRAS stated that he purchases approximately forty dollars worth of methamphetamine every week that he uses. He stated that he used methamphetamine in the past as well and has been arrested recently while being in possession of narcotics with a firearm. PORRAS stated that he has been using marijuana for most of his life.

9. MENDOZA was read his *Miranda* rights, and MENDOZA stated that he understood his rights, waiving them agreeing to speak to officers. MENDOZA stated that knew he was a felon but did not hide the firearm that was located next to him in the rear seat. MENDOZA stated that the firearm was not his. MENDOZA did state that he was concealing a glass smoking bong for JUAREZ when they were being pulled over. MENDOZA stated that he is a convicted felon, stating he was originally placed on probation for his felony charge but violated his probation.

10. JUAREZ was read his *Miranda* rights, and JUAREZ stated that he understood his rights, waiving them agreeing to speak to officers. JUAREZ stated that he has been selling an ounce of methamphetamine about every one to two days for the past eight months. JUAREZ advised that he pays approximately $425.00 per ounce and the last ounce of methamphetamine he purchased was yesterday. When questioned about the listed Bersa handgun that was recovered from the back passenger area of the vehicle, JUAREZ advised that the Bersa belonged to MENDOZA. When asked how he knew the Bersa belonged to MENDOZA, JUARZ advised that he had seen the gun in MENDOZA's pocket.

11. An open records check was conducted and it was found that Glock, Bersa, and American Tactical firearms are not manufactured in the state of Texas and therefore had traveled in interstate commerce prior to being recovered in Odessa, Texas.

12. Based on a preliminary check of their criminal histories, neither JUAREZ nor PORRAS appeared to have any prior felony convictions. A check of MENDOZA's criminal history showed multiple previous felony convictions, including a previous felony conviction for Theft of Property, Greater than $2,500, Less Than $30,000, a State Jail Felony, out of the 70th District Court in Odessa, TX, on 11/20/2019 (Cause No. A-19-1599-CR). MENDOZA was sentenced to 12 months confinement.

## FEDERAL CRIMINAL VIOLATION

13. On or about April 7, 2021, Jesus Alberto PORRAS, who is an unlawful user and/or addicted to one or more controlled substances, namely methamphetamine and marijuana, knowingly possessed, in the Western District of Texas, one or more firearms that were in and affecting commerce, to wit: a black Glock 23 Gen 4 .40 caliber handgun, and an American Tactical GSG-16 .22 caliber rifle, both of which had been manufactured outside of the state of Texas and had traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

14. If convicted, PORRAS faces up to 10 years of imprisonment, up to 3 years of supervised release, a $250,000 maximum fine, and a $100 special assessment.

15. AUSA John Fedock was notified and agreed to prosecute the case on the Federal level in the Western District of Texas.

/s/ John Langs
Cpl. John Langs
Odessa Police Department
Intelligence Unit

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn and Subscribed before me this 14th day of April, 2021.

Ronald C. Griffin
United States Magistrate